**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Surinder Singh NIJJAR, Defendant–Appellant.**

**No. 08–10269.**

United States Court of Appeals, Ninth Circuit.

* This disposition is not appropriate for publication and is not precedent except as provided

Submitted May 12, 2009.*

Filed May 26, 2009.

Mark J. McKeon, Esquire, USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Anthony P. Capozzi, Fresno, CA, for Defendant–Appellant.

Before PREGERSON, CANBY, and BERZON, Circuit Judges.

MEMORANDUM **

Surinder Singh Nijjar appeals from the 12–month sentence imposed following his guilty-plea conviction for making false statements to a government agency, and aiding and abetting, in violation of 18 U.S.C. §§ 1001 and 2. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Nijjar contends that the district court erred by enhancing his sentence pursuant to U.S.S.G. § 2B1.1(b)(11) (2002) because it improperly relied on certain testimony, and because the government's evidence failed to demonstrate that the offense involved a conscious or reckless risk of serious bodily injury or death. We conclude that the district court did not err. *See*

by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*United States v. Johansson,* 249 F.3d 848, 859–60 (9th Cir.2001).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.